**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| HUGHES, *et al*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) 3 : 10 CV 3266 |
| | ) |
| ALLIED INTERSTATE, INC., | ) |
| | ) |
| Defendant. | ) |

The parties, upon resolution of claims made in the above-entitled case and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), now stipulate to the dismissal of the above-entitled case with prejudice as to the individual claims of plaintiffs Rod Hughes, Shelly Hughes, and Lawrence Estep, without prejudice as to any putative class member, and without costs.

Respectfully submitted,

/s/ Thomas E. Soule
Thomas E. Soule
EDELMAN COMBS LATTURNER
     & GOODWIN LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

/s/ Jennifer W. Weller
David M. Schultz
Jennifer W. Weller
HINSHAW & CULBERTSON, LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 6060
(312) 704-3000
(312) 704-3001 (Fax)
dschultz@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby give notice that on October 7, 2011, the preceding document was filed with the Court, and served upon defendant's counsel (dschultz@hinshawlaw.com), by operation of the Court's electronic filing system.

/s/ Thomas E. Soule
Thomas E. Soule